IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company,<br><br>        Plaintiffs,<br><br>    -vs-<br><br>THOMAS C. SOURAN,<br><br>        Defendant. | FILED: JUNE 19, 2008<br>08CV3515<br>JUDGE KENDALL<br>MAGISTRATE JUDGE VALDEZ<br><br>**Case No.**<br><br>TC |

## NOTIFICATION OF AFFILIATES

Pursuant to Rule 3.2 of the local rules of the United States District Court for the Northern District of Illinois, Plaintiffs Strategic Business Partners, LLC and 1st Tier Profitability Group, LLC state as follows:

1.    Plaintiff Strategic Business Partners, LLC has no publicly held affiliates.

2.    Plaintiff 1st Tier Profitability Group, LLC has no publicly held affiliates.

Dated:   June 19, 2008

                                    /s/   Laura B. Friedel                              

                                    Max G. Brittain, Jr. (ARDC # 297941)
                                    Laura B. Friedel (ARDC # 6256841)
                                    Nora Kersten Walsh (ARDC # 6277774)
                                    SCHIFF HARDIN LLP
                                    6600 Sears Tower
                                    Chicago, Illinois  60606
                                    (312) 258-5500

                                    *Attorneys for Plaintiffs Strategic Business Partners LLC and 1st Tier Profitability Group LLC*