IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 1:08-cv-03515 |
| -vs- | ) Judge Virginia Kendall |
| THOMAS C. SOURAN, | ) Magistrate Judge Maria Valdez |
| Defendant. | ) |

## MOTION TO FILE EXHIBIT TO COMPLAINT UNDER SEAL

Plaintiffs Strategic Business Partners ("SBP") and 1st Tier Profitability Group ("1st Tier"), by and through their attorneys, hereby move the Court to accept Exhibit 1 to their Complaint under seal. In support of its motion, Plaintiffs state as follows:

1. On June 19, 2008, SBP and 1st Tier filed their Complaint for Injunctive and Other Relief (the "Complaint") with this Court.

2. In Count I of the Complaint, 1st Tier alleges that Defendant Thomas C. Souran breached the Agreement and General Release between 1st Tier and Mr. Souran dated August 17, 2008 (the "Agreement").

3. Plaintiffs refer to the Agreement in the Complaint with respect to both the substantive provisions that Mr. Souran has breached and Mr. Souran's consent to the jurisdiction and venue of this Court. Plaintiffs wish to attach the Agreement to the Complaint as an exhibit.

4. The Agreement contains confidential information, including but not limited to the payment made by 1st Tier to Mr. Souran in consideration for his acceptance of the Agreement.

5. Paragraph 6 of the Agreement, entitled "Confidentiality and Return of Property" provides that if Mr. Souran were to assert an action relating to the Agreement, both Mr. Souran and 1st Tier would maintain the Agreement's confidentiality by whatever means necessary, including filing the Agreement under seal.

6. It was the intention of the parties to protect the confidentiality of the terms of the Agreement. If Plaintiffs were to file the Agreement other than under seal, the terms of the Agreement would no longer be confidential.

WHEREFORE, Plaintiffs Strategic Business Partners and 1st Tier Profitability Group respectfully request that the Court grant them leave to file Exhibit 1 to the Complaint under seal.

Dated: June 20, 2008

/s/ Nora Kersten Walsh_____

Max G. Brittain, Jr. (ARDC # 297941)
Laura B. Friedel (ARDC # 6256841)
Nora Kersten Walsh (ARDC # 6277774)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois  60606
(312) 258-5500

*Attorneys for Plaintiffs Strategic Business Partners LLC and 1st Tier Profitability Group LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **Motion to File Exhibit to Complaint Under Seal** to be served upon Defendant Thomas C. Souran by sending a copy of said Motion to a Special Process Server, via Federal Express, on June 20, 2008.

    /s/ Nora Kersten Walsh
Nora Kersten Walsh

CH1\5850819.1