# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | ) ) ) ) ) |
| Plaintiffs, | ) ) | **Case No. 1:08-cv-03515** |
| -vs- | ) ) | **Judge Virginia Kendall** |
| THOMAS C. SOURAN, | ) ) | **Magistrate Judge Maria Valdez** |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Thomas C. Souran
      Via Special Process Server

**PLEASE TAKE NOTICE** that on Thursday**, June 26, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any Judge sitting in her stead, in room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, to present **Plaintiff's Motion for Leave to File Exhibit to Complaint Under Seal.**

Dated: June 20, 2008                    Respectfully submitted,


                                        By: /s/ Nora Kersten Walsh

                                        Max G. Brittain, Jr.
                                        Laura B. Friedel
                                        Nora Kersten Walsh
                                        SCHIFF HARDIN LLP
                                        6600 Sears Tower
                                        Chicago, Illinois 60606
                                        Telephone:  (312) 258-5500
                                        Facsimile:  (312) 258-5600

                                        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **Notice of Motion** to be served upon Defendant Thomas C. Souran by sending a copy of said Motion to a Special Process Server, via Federal Express, on June 20, 2008.

                                                   /s/ Nora Kersten Walsh
                                                   Nora Kersten Walsh

CH1\5850819.1