**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Strategic Business Partners, LLC, et al.
                                      Plaintiff,

v.                                                               Case No.: 1:08–cv–03515
                                                                Honorable Virginia M. Kendall

Thomas C. Souran
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 26, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant appears pro se.Motion hearing held and continued to 7/17/2008 at 09:00 AM regarding plaintiff's motion to file exhibit to the complaint under seal[7]. Defendant's oral motion for an extension of time to 7/17/2008 to answer or otherwise plead is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.