AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Strategic Business Partners, LLC, an Illinois Limited Liability Company, and 1st Tier Profitability Group, LLC, an Illinois Limited Liability Company

V.

Thomas C. Souran

CASE NUMBER: 08CV3515

ASSIGNED JUDGE: JUDGE KENDALL
MAGISTRATE JUDGE VALDEZ

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Thomas C. Souran
881 Wind Brook Lane
Prosper, Texas 75078

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Friedel
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

(By) DEPUTY CLERK

June 19, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me[1] || DATE JUNE 24, 2008 AT 7:00 A.M. |
| NAME OF SERVER *(PRINT)* AUBREY McILVEENE || TITLE CIVIL PROCESS SERVER |
| *Check one box below to indicate appropriate method of service* |||

☒ Served personally upon the defendant. Place where served: 317 HILLTOP DR., ANNA TX. 75409-3582

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL $30.00 | SERVICES 65.00 | TOTAL 95.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 24, 2008        *Aubrey McIlveene*
              Date                 Signature of Server

3005 BERKSHIRE DR.
MESQUITE TX. 75150
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.