IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC am Illinois limited liability company, and 1st TIEER PROFITABILITY GROUP, LLC, an Illinois limited liability company,    )<br>)<br>)<br>)<br>) | Case No. 1:08-cv-03515 |
| Plaintiffs,    )<br>) | Judge Virgina Kendell |
| -vs-    )<br>) | Magistrate Judge Maria Valdez |
| THOMAS C SOURAN,    )<br>) | |
| Defendant,    ) | |

FILED
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### DEFENDANT'S MOTION
### FOR TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE

1. THOMAS C SOURAN moves for an order to dismiss this cause or in the alternative to transfer venue.

2. The grounds for this motion are The court should dismiss this case because a substantial part of plaintiff's claim did not occur in Illinois. *See* 28 U.S.C. §1391(a)(2); *Uffner v. La Reunion Francaise*, 244 F.3d 38, 42 (1st Cir. 2001); *First of Mich. Corp. v. Bramlet*, 141 F.3d 260, 263 (6th Cir. 1998). Plaintiff alleges that an Internet web site is the basis for this law suit, defendant is physically located in Dallas, TX. The host computer for the Internet web site made basis for this law suit is located in Ann Arbor, MI. The e mails that are alleged to have been sent by SOURAN originated from Dallas, TX. In addition SOURAN, when employed by plaintiffs was officed out of Texas. In addition there no key words, links, or any other mechinisum, to direct someone to this web site that included any

mention, allusion, or reference to, Chicago, Illinois or any northern state. Defendant has not willingly nor purposefully directed any action in reference to plaintiffs to Chicago and or Illinois.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities, see attached memorandum..

WHEREFORE, Defendant, THOMAS C SOURAN, respectfully requests that the Court grant there MOPTION TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE.

Respectfully submitted,

/s/ Thomas C Souran

Thomas C Souran

5050 Quoroum Drive

Suiote 700

Dallas, TX 75254

214-701-4420

214-722-6564 fax