

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC and Illinois limited liability company, and 1st TIEER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | Case No. 1:08-cv-03515 |
| Plaintiffs, | Judge Virgina Kendell |
| -vs- | Magistrate Judge Maria Valdez |
| THOMAS C SOURAN, | |
| Defendant, | |
| THOMAS C SOURAN, Counter-Plaintiff, | |
| -vs- | |
| STRATEGIC BUSINESS PARTNERS, LLC and Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | |
| Counter-Defendants | |
| THOMAS C SOURAN  Cross- Plaintiff | |
| -v- | |
| CHUCK ORABUTT, an individual DAN HOSTETLER, an individual RONALD W. BRIDGES, an individual  Cross-defendants | |

FILED
J.N
JUL 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SBP Answer July 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC am Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | ) ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) ) |
| THOMAS C SOURAN, | ) ) |
| Defendant, | ) |

Case No. 1:08-cv-03515

Judge Virgina Kendell

Magistrate Judge Maria Valdez

FILED
J.N
JUL 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Nora Kersten Walsh

### NOTICE OF MOTION

Please take notice that Defendant will bring this motion for hearing before this court on 8/5/08, at 9 AM, in room 2319 of Honorable Judge Virgina Kendall, or any Judge sitting in her stead, of the Untied States District Court for the Northern District of Illinois, Eastern Division, to present Defendants Motion **FOR TO DISMISS FOR IMPROPER VENUE OR IN THE ALTERNATIVE TO TRANSFER VENUE.**

Respectfully submitted,

/s/ Thomas C Souran

Thomas C Souran

5050 Quorum Drive

Suite 700

Dallas, TX 75254

214-701-4420

214-722-6564 fa