IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | ) ) ) ) ) |
| Plaintiffs, | ) **Case No. 1:08-cv-03515** |
| -vs- | ) ) **Judge Virginia Kendall** ) |
| THOMAS C. SOURAN, | ) **Magistrate Judge Maria Valdez** ) |
| Defendant. | ) |

### NOTICE OF EMERGENCY MOTION

TO:   Thomas C. Souran
      Pro Se
      5050 Quorum Drive
      Dallas, TX 75254

**PLEASE TAKE NOTICE** that on **Wednesday, July 30, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any Judge sitting in her stead, in room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, to present **Emergency Motion To Remove Portion of PDF Image Attached to Answer And To Require Parties To Refrain From Filing Certain Document Other Than Under Seal.**

Dated: July 28, 2008                          Respectfully submitted,


                                              By: /s/ Nora Kersten Walsh

                                              Max G. Brittain, Jr.
                                              Laura B. Friedel
                                              Nora Kersten Walsh
                                              SCHIFF HARDIN LLP
                                              6600 Sears Tower
                                              Chicago, Illinois 60606
                                              Telephone: (312) 258-5500
                                              Facsimile: (312) 258-5600

                                              Attorneys for Plaintiffs