UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Strategic Business Partners, LLC, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−03515
                                                                Honorable Virginia M. Kendall

Thomas C. Souran
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's emergency motion to remove portion of pdf image attached to answer and to require parties to refrain from filing certain documents in the public file [18] is granted. The Clerk of Court is directed to remove the pdf image to document # 15 forthwith. Plaintiff is directed to refile document #15 without pages 38 through 40 of the document. All parties are ordered to refrain from filing any portion of 8/17/2007 Agreement between defendant and 1st Tier. The parties are ordered to retain copies of all documents containing confidential information which are provided in discovery. Documents containing confidential information shall NOT be filed with the Clerk of Court. Documents requiring the courts review shall be submitted to chambers in camera in a sealed envelope bearing the caption of the case, case number, the title of the motion or response to which the submitted confidential information pertains, and the name and telephone number of counsel submitting the documents. After the courts review, the in camera items will be returned by the court to the producing party who shall maintain the submission intact for any further review. A redacted copy of the pleading shall be filed with the Clerk of Court for the record. Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.