# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Strategic Business Partners, LLC, et al.

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:08–cv–03515
　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Thomas C. Souran

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Defendant's motion to dismiss, motion to transfer case[16] is taken under advisement.Response is to be filed by 8/13/2008. Reply is due by 8/20/2008. Court will rule by mail. Status hearing date of 8/18/2008 at 9:00 am to stand.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.