## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | ) ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| THOMAS C. SOURAN, | ) | **Case No. 1:08-cv-03515** |
| | ) | |
| **Defendant.** | ) | **Judge Virginia Kendall** |
| | ) | |
| | ) | **Magistrate Judge Maria Valdez** |
| | ) | |
| THOMAS C. SOURAN, | ) | |
| | ) | |
| **Counter-Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| STRATEGIC BUSINESS PARTNERS, LLC, an Illinois limited liability company, and 1st TIER PROFITABILITY GROUP, LLC, an Illinois limited liability company, | ) ) ) ) | |
| **Counter-Defendants** | ) | |

## NOTICE OF MOTION

TO:     Thomas C. Souran
        Pro Se
        5050 Quorum Drive
        Dallas, TX 75254

**PLEASE TAKE NOTICE** that on **Thursday, August 21, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any Judge sitting in her stead, in room 2319 of the United States District Court for the Northern District of Illinois, Eastern Division, to present **Plaintiffs/Counterdefendants' Motion To Dismiss Certain Of Defendant/Counterplaintiff's Counterclaims.**

Dated: August 13, 2008                              Respectfully submitted,

By: /s/ Nora Kersten Walsh

Max G. Brittain, Jr.
Laura B. Friedel
Nora Kersten Walsh
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606
Telephone:  (312) 258-5500
Facsimile:  (312) 258-5600

Attorneys for Plaintiffs

CH1\5952865.1