# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                               Case Number:    1:08-cv--3515

Strategic Business Partners, LLC et al. v. Thomas C. Souran

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant – Thomas C. Souran

| | |
|---|---|
| NAME (Type or print) <br> Gregory H. Andrews | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Gregory H. Andrews | |
| FIRM  Dykema Gossett PLLC | |
| STREET ADDRESS  10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP  Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 6209480 | TELEPHONE  NUMBER  (312) 876-1700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")    Y | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                           APPOINTED COUNSEL | |

Case 1:08-cv-03515    Document 30    Filed 08/20/2008    Page 2 of 2