**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:08-cv--3515 |

Strategic Business Partners, LLC et al. v. Thomas C. Souran

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant – Thomas C. Souran

| |
|---|
| NAME (Type or print) |
| Jessica Lindsted |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/Jessica Lindsted |
| FIRM   Dykema Gossett PLLC |
| STREET ADDRESS   10 S. Wacker Drive, Suite 2300 |
| CITY/STATE/ZIP   Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER   (312) 876-1700 |
|---|---|
| ARDC No. 6290058 | |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL                         APPOINTED COUNSEL |