## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Strategic Business Partners, LLC, et al.
                              Plaintiff,

v.                                          Case No.: 1:08−cv−03515
                                            Honorable Virginia M. Kendall

Thomas C. Souran
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

   MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held. Plaintiff's motion to dismiss certain counterclaims [25] is taken under advisement. All briefing and discovery are stayed until 10/22/2008. Status hearing set for 10/22/2008 at 09:00 AM.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.