**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Strategic Business Partners, LLC, et al.

                         Plaintiff,

v.                                                Case No.: 1:08–cv–03515
                                                        Honorable Virginia M. Kendall

Thomas C. Souran

                         Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: settlement conference.(jms, )Advised in open court

Dated: August 21, 2008

                                                                         /s/ Virginia M. Kendall

                                                                    United States District Judge